Núm. 41.—*In re:* O'NEILL y RIVERA CESTERO, querellados.—▆▆ ▆▆▆▆▆▆▆ Noviembre 9, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Visto el informe del Fiscal, del que aparece que no existe evidencia alguna para sostener el procedimiento de "disbarment" que

contra los abogados Severo O'Neill Torres y Gaspar Rivera Cestero interesa Pascuala Géigel Rodríguez, y vistos los autos, se ordena el archivo definitivo de la querella antes aludida.